

## NUMBER 13-25-00626-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                                        Appellant,

v.

VICTOR HERNANDEZ,                                                          Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justices Tijerina and Justices Peña and West
Memorandum Opinion by Chief Justice Tijerina**

Appellant, the State of Texas, by and through its Assistant Criminal District Attorney, the Honorable Roxanna Salinas, has filed a motion to dismiss its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). Since no decision of this Court has been delivered to date, we grant the motion

and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed on the
15th day of January, 2026.